Mark R. VonderHaar (Bar No. 137999)
mvonderhaar@mrvpc.com
MRV LAW, INC.
2442 4TH Avenue, Suite 200
San Diego, California 92101
Telephone: 619.717.8503

Janice F. Mulligan (Bar No. 99080)
mulligan@janmulligan.com
Brian K. Findley (Bar No. 251172)
findley@janmulligan.com
MULLIGAN BANHAM & FINDLEY
2442 4TH Avenue, Suite 200
San Diego, California 92101
Telephone: 619.238.8700, Fax: 619.238.8701

Attorneys for Plaintiffs PACIFIC STRUCTURES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC STRUCTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREENWICH INSURANCE COMPANY;, <br><br> Defendant. | Case No. 21-cv-4438-VKD <br><br> **CERTIFICATE OF SERVICE** <br><br> Action Filed: June 9, 2021 <br> Trial Date: Not Yet Set |

1. On June 10, 2021 I served the following documents *(specify)*:

**(1) COMPLAINT AGAISNT GREENWICH INSURANCE COMPANY
(2) EXHIBIT A TO COMPLAINT
(3) EXHIBIT B TO COMPLAINT
(4) SUMMONS
(5) CORPORATE DISCLOSURE STATEMENT
(6) INTIAL CASE MANAGEMENT SCHEDULING ORDER WITH ADR DEADLINES
(7) ASSIGNED JUDGE'S STANDING ORDERS
(8) CASE MANAGEMENT STATEMENT INFORMATION PACKET**

I served the above-named document(s) by the following means:

| | |
|---|---|
| 1 | **VIA PROCESS SERVICE:** by electronically delivering the document(s) listed above to One Legal (www.onelegal.com) system. This service provides professional messenger service for service on a registered agent. |
| 2 | |
| 3 | |
| 4 | **GREENWICH INSURANCE COMPANY** |
|   | 70 Seaview Ave |
| 5 | Stamford, CT 06902 |
| 6 | |
| 7 | **I declare under penalty of perjury that the foregoing is true and** |
| 8 | **correct. Signed on** *(date):* **June 24, 2021** |
|   | **Carlos Hernandez** |
| 9 | _____ |
| 10 | (NAME OF DECLARANT) |
| 11 | |
|   | _____ |
| 12 | (SIGNATURE OF DECLARANT) |

2
CERTIFICATE OF SERVICE