UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| PACIFIC STRUCTURES, INC, | Case No. 21-CV-04438-LHK |
|---|---|
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO PRIVATE MEDIATION** |
| v. | |
| GREENWICH INSURANCE COMPANY, | |
| Defendant. | |

On September 8, 2021, the parties filed a joint case management statement. ECF No. 19 ("JCMS"). The Court continues the September 15, 2021 case management conference to December 15, 2021 at 2:00 p.m. The Court also refers the parties to private mediation with a completion deadline of December 1, 2021. By December 8, 2021, the parties shall file a joint case management statement that includes a joint settlement status report.

The Court set the following case schedule:

| Scheduled Event | Date |
|---|---|
| Hearing on Motion to Dismiss | November 4, 2021 |
| Deadline to Complete Private Mediation | December 1, 2021 |
| Further Case Management Conference | December 15, 2021, at 2:00 p.m. |
| Last Day to Amend the Pleadings/Add Parties | January 5, 2022 |

1

Case No. 21-CV-04438-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO PRIVATE MEDIATION

| Close of Fact Discovery | July 15, 2022 |
|---|---|
| Opening Expert Reports | August 12, 2022 |
| Rebuttal Expert Reports | September 9, 2022 |
| Close of Expert Discovery | September 30, 2022 |
| Last Day to File Dispositive Motions (one per side in the entire case) | October 20, 2022 |
| Hearing on Dispositive Motions | December 1, 2022 at 1:30 p.m. |
| Final Pretrial Conference | February 9, 2023 at 1:30 p.m. |
| Jury Trial | March 13, 2023 at 9:00 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED.**

Dated: September 9, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

2

Case No. 21-CV-04438-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING PARTIES TO PRIVATE MEDIATION