UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PACIFIC STRUCTURES, INC,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | Case No. 21-cv-04438-LHK<br><br>**ORDER TO SHOW CAUSE RE:** ***JOHNSON*** **CLAIM RAISED IN SECTION 2255 MOTION** |

The parties have failed to file a joint case management statement 7 days in advance of the initial case management conference set for December 15, 2021 at 2:00 p.m. *See* Civ. L.R. 16-10(a). The Court hereby ORDERS the parties to file their joint case management statement by Friday, December 10, 2021 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: December 9, 2021

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No. 21-cv-04438-LHK
ORDER ON PROCEDURES FOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL