TROUTMAN PEPPER HAMILTON SANDERS LLP
Terrence R. McInnis, Bar No. 155416
terrence.mcinnis@troutman.com
James A. Hazlehurst, Bar No. 257711
james.hazlehurst@troutman.com
Jordan K. Jeffery, Bar No. 301743
jordan.jeffery@troutman.com
5 Park Plaza, Suite 1400
Irvine, California 92614-2545
Telephone:   (949) 622-2700
Facsimile:    (949) 622-2739

TROUTMAN PEPPER HAMILTON SANDERS LLP
James Diwik, Bar No. 164016
james.diwik@troutman.com
Three Embarcadero Center, Suite 800
San Francisco, CA 94111
Telephone:   (415) 477-5700
Facsimile:    (415) 477-5710

Attorneys for Defendant
GREENWICH INSURANCE COMPANY

*[Additional Parties and Counsel in Signature Block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STRUCTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GREENWICH INSURANCE COMPANY, <br><br> Defendants. | Case No. 4:21-cv-04438-HSG <br><br> **STIPULATION RE DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT; ORDER** <br><br> **[L.R. 7-12]** |

123015904                                  1                        Case No. 4:21-cv-04438-HSG
STIPULATION RE DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT AND ORDER

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective attorneys of record, as follows:

On August 5, 2021, Greenwich Insurance Company ("Greenwich") filed a Motion to Dismiss Plaintiff Pacific Structures Inc.'s ("PSI") Fourth Cause of Action for Unfair Business Practices set forth in the original complaint in this matter set for hearing on November 4, 2021 ("Motion to Dismiss"). Dkt. No. 15.

On August 20, 2021, PSI filed an Opposition to the Motion to Dismiss. Dkt. No. 17.

On August 27, 2021, Greenwich filed a Reply in support of the Motion to Dismiss. Dkt. No. 18.

On November 1, 2021, this Court vacated the November 4, 2021 hearing on the Motion to Dismiss. Dkt. No. 27.

On January 5, 2022, the parties filed a Stipulation For the Filing of a First Amended Complaint ("Stipulation"). Dkt. No. 49. The Stipulation further provides the parties' agreement that the Motion to Dismiss need not be re-filed and will be deemed a motion to dismiss the identical cause of action set forth within the First Amended Complaint. Id.

On January 5, 2022, PSI filed a First Amended Complaint. Dkt. No. 48.

On January 12, 2022, this Court issued an Order Reassigning Case to the Honorable Beth Labson Freeman. Dkt. No. 51.

WHEREAS, the parties reiterate their agreement within the Stipulation that the Motion to Dismiss currently under submission with this Court will and does apply to the identical cause of action set forth in the First Amended Complaint and, further, should act as Greenwich's responsive pleading to the First Amended Complaint without the necessity of refiling the same.

WHEREAS, by way of this Stipulation, the parties seek entry of an order from this Court acknowledging the applicability of the Motion to Dismiss to the First Amended Complaint for determination and, further, its operation as Greenwich's initial response to the First Amended Complaint without the necessity of refiling the same.

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

123015904                    1                    Case No. 4:21-cv-04438-HSG
STIPULATION RE DEFENDANT'S RESPONSE TO FIRST AMENDED COMPLAINT AND ORDER

Dated: January 19, 2022[1]   TROUTMAN PEPPER HAMILTON SANDERS LLP

By: /s/ Terrence R. McInnis
    Terrence R. McInnis
    James A. Hazlehurst
    Jordan K. Jeffery
    James Diwik
    Attorneys for Defendant
    GREENWICH INSURANCE COMPANY

Dated: January 19, 2022   FINDLEY LAW

By: /s/ Brian K. Findley
    Brian K. Findley
    Attorney for Plaintiff
    PACIFIC STRUCTURES, INC.

Dated: January 19, 2022   MRV LAW, INC.

By: /s/ Mark R. VonderHaar
    Mark R. VonderHaar
    Attorney for Plaintiff
    PACIFIC STRUCTURES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: 2/16/2022   _____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The filing attorney certifies that in accordance with Rule 5-1(i)(3) of the Civil Local Rules of the United States District Court for the Northern District of California, the content of this document is acceptable to all signatory counsel, and all signatory counsel have provided their authorization to affix their electronic signatures to this document.