UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC STRUCTURES, INC,

    Plaintiff,

v.

GREENWICH INSURANCE COMPANY,

    Defendant.

Case No. 21-cv-04438-HSG

**SCHEDULING ORDER**

A case management conference was held on July 2, 2024. Having considered the parties' proposals, *see* Dkt. No. 75, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | November 27, 2024 |
| Exchange of Opening Expert Reports | December 13, 2024 |
| Exchange of Rebuttal Expert Reports | January 10, 2025 |
| Close of Expert Discovery | January 24, 2025 |
| Dispositive Motion Hearing Deadline | March 20, 2025, at 2:00 p.m. |
| Pretrial Conference | June 24, 2025, at 3:00 p.m. |
| Jury Trial (7 days) | July 14, 2025, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good

cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated: 7/10/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge