TROUTMAN PEPPER HAMILTON SANDERS LLP
Terrence R. McInnis (SBN 155416)
terrence.mcinnis@troutman.com
James A. Hazlehurst (SBN 257711)
james.hazlehurst@troutman.com
Jordan K. Jeffery (SBN 301743)
jordan.jeffery@troutman.com
11682 El Camino Real, Suite 400
San Diego, California  92130
Telephone:      949.622.2700
Facsimile:       949.622.2739

Ted R. Gropman (SBN 93936)
ted.gropman@troutman.com
Kerry D. Christoph (SBN 181548)
kerry.christoph@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:      213.928.9800
Facsimile:       213.928.9850

Attorneys for Defendant
GREENWICH INSURANCE COMPANY

*[Additional Parties and Counsel in Signature Block]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PACIFIC STRUCTURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GREENWICH INSURANCE COMPANY,<br><br>Defendant. | Case No.  4:21-cv-04438-HSG<br><br>**STIPULATION AND JOINT REQUEST FOR 60-DAY EXTENSION OF DISCOVERY DEADLINES AND ORDER AS MODIFIED** |

Plaintiff, PACIFIC STRUCTURES, INC. ("PSI"), and Defendant, GREENWICH INSURANCE COMPANY ("Greenwich") (collectively, the "Parties"), by and through their undersigned counsel of record, have agreed and hereby submit this stipulation for a sixty-day (60) extension of the discovery deadlines in this case as follows:

**WHEREAS**, this case was stayed from June 15, 2022 (ECF No. 66) to July 10, 2024 (ECF No. 78),

**WHEREAS**, the Court issued a Scheduling Order on July 10, 2024 setting the following deadlines:

- Close of Fact Discovery – November 27, 2024
- Exchange of Opening Expert Reports – December 13, 2024
- Exchange of Rebuttal Expert Reports – January 10, 2025
- Close of Expert Discovery – January 24, 2025
- Dispositive Motion Hearing Deadline – March 20, 2025 at 2:00 p.m.
- Pretrial Conference – June 24, 2025, at 3:00 p.m.
- Jury Trial (7 days) – July 14, 2025, at 8:30 a.m.

**WHEREAS**, the Parties have been working diligently to complete discovery pursuant to the foregoing schedule;

**WHEREAS**, the Parties have scheduled mediation with Ross R. Hart, Esq. on December 6, 2024;

**WHEREAS**, the Parties agree that a 60-day extension of the discovery deadlines will permit the Parties to mediate and continue settlement discussions before incurring the substantial expense to complete potentially unnecessary discovery and bring potentially unnecessary discovery motions;

**WHEREAS**, the proposed 60-day extension can be granted without changing the other dates set in the Scheduling Order, including the Dispositive Motion Hearing date, the Pretrial Conference, or Trial date; and

**WHEREAS**, this is the first request for an extension of these deadlines made by the Parties.

**NOW, THEREFORE**, the Parties hereby stipulate, agree, and request the Court to amend the case schedule as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 27, 2024 | January 27, 2025 |
| Exchange of Expert Reports | December 13, 2024 | February 11, 2025 |
| Exchange of Rebuttal Reports | January 10, 2025 | March 11, 2025 |
| Close of Expert Discovery | January 24, 2025 | March 25, 2025 |
| Dispositive Motion Hearing | March 20, 2025 at 2:00 p.m. | unchanged |
| Pretrial Conference | June 24, 2025 at 3:00 p.m. | unchanged |
| Jury Trial (7 days) | July 14, 2025 at 8:30 a.m. | unchanged |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

Dated:   November 6, 2024[1]           TROUTMAN PEPPER HAMILTON SANDERS LLP


By:   /s/ Terrence R. McInnis
      Terrence R. McInnis
      James Diwik
      James A. Hazlehurst
      Jordan K. Jeffery
      Attorneys for Defendant
      GREENWICH INSURANCE COMPANY

Dated:   November 6, 2024           FINDLEY LAW


By:   /s/ Brian K. Findley
      Brian K. Findley
      Attorney for Plaintiff
      PACIFIC STRUCTURES, INC.

Dated:   November 6, 2024           MRV LAW, INC.


By:   /s/ Mark R. VonderHaar
      Mark R. VonderHaar
      Attorney for Plaintiff
      PACIFIC STRUCTURES, INC.

---

[1] The filing attorney certifies that in accordance with Rule 5-1(i)(3) of the Civil Local Rules of the United States District Court for the Northern District of California, the content of this document is acceptable to all signatory counsel, and all signatory counsel have provided their authorization to affix their electronic signatures to this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** and the case schedule is amended as follows:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of Fact Discovery | November 27, 2024 | January 27, 2025 |
| Exchange of Opening Reports | December 13, 2024 | February 11, 2025 |
| Exchange of Rebuttal Reports | January 10, 2025 | March 11, 2025 |
| Close of Expert Discovery | January 24, 2025 | March 25, 2025 |
| Dispositive Motion Hearing | March 20, 2025 at 2:00 p.m. | unchanged |
| Pretrial Conference | June 24, 2025 at 3:00 p.m. | unchanged |
| Jury Trial (7 days) | July 14, 2025 at 8:30 a.m. | unchanged |

The Court notes that under the amended schedule above, discovery will not be complete until after the deadline for filing any dispositive motion. The Court advises the parties that this extension of discovery deadlines will not be accepted as a justification for any later request to change the dispositive motion hearing, pretrial conference, or trial dates.

SO ORDERED:

Dated: November 6, 2024

Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE